# COURT MINUTES

## U.S. CHIEF MAGISTRATE JUDGE FRANK J. LYNCH, JR.

**101 South U.S. Highway One, Fort Pierce, FL, Courtroom #4074**

**DEFT:** BRYAN GROVER MARLEY (Bond)  **CASE NO:** 16-14021-CR-ROSENBERG

**AUSA:** Daniel Funk *present*  **ATTORNEY:** David Trontz (Retained) *present*

**AGENT:** James Houk, ATF *present*  **VIOL:** 18:922(a)(1)(a)

**PROCEEDING:** Change of Plea  **BOND SET:** $ 300,000 Personal Surety

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or_____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____.
11) Travel extended to: _____.
12) _____ Halfway House _____
    _____ Electronic Monitoring _____

*Deft present with retained counsel, David Trontz, Esquire*

*Deft sworn and testimony taken re: change of plea*

*Both Deft and Defense counsel accept the Government's essential elements and approve the written Factual Basis for the change of plea (signed by all parties)*

*Deft pleads guilty as to Counts 1 and 2 of the Indictment*

*Court to issue Report and Recommendation adjudging Deft guilty as to Counts 1 and 2 of the Indictment*

*Final sentencing date set 11/4/16 at 9:30 a.m. before Judge Rosenberg in Fort Pierce, Florida*

*Deft to remain on bond pending sentencing*

**DISPOSITION: Plea**

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGNMENT SET: _____

FINAL EVID HRNG-VSR SET: _____

DATE: 8/22/2016   START TIME: 9:30 A.M.   Time in Court: 20 Minutes   (DAR: 09.31.18)