UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-14021-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA

v.

BRYAN GROVER MARLEY,

Defendant.
_____/

FILED BY __CGA__
Aug 22, 2016
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Fort Pierce

## ACKNOWLEDGMENT OF OFFENSE ELEMENTS AND STIPULATION AS TO FACTUAL BASIS FOR GUILTY PLEA

I, BRYAN GROVER MARLEY, agree that the facts set forth below are true and accurate and that the United States could prove these facts against me at trial. I am pleading guilty to count 1 in the Indictment, which charges me with dealing firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A); and count 2 of the indictment, which charges me with making a false statement to a firearms dealer, in violation of Title 18, United States Code, Section 922(a)(6).

I am pleading guilty because I did willfully deal firearms without a license and because I did knowingly make a false statement to a firearms dealer. I am pleading guilty because I am in fact guilty of these charges.

## NATURE OF CHARGES TO WHICH I AM PLEADING GUILTY

I am aware of and understand the nature of the charge to which I am pleading guilty because I have discussed with my attorney the charges and what the prosecutor must prove to convict me.

**COUNT 1** - I understand that count 1 of the Indictment charges me with dealing firearms without a license, and that the United States must prove the following elements of the offense beyond a reasonable doubt:

(1) the defendant engaged in the business of dealing in firearms;

(2) the defendant did not have a Federal license; and

(3) the defendant acted willfully.

A person is "engaged in the business of dealing in firearms" if the person regularly purchases and resells firearms with the principal objective of livelihood and profit. "Livelihood" includes both making a living and supplementing one's income.

The word "willfully" means that the act was committed voluntarily and purposely, with the intent to do something the law forbids; that is, with the bad purpose to disobey or disregard the law. While a person must have acted with the intent to do something the law forbids before you can find that the person acted "willfully," the person need not be aware of the specific law or rule that his conduct may be violating.

A "firearm" is any weapon designed to or readily convertible to expel a projectile by the action of an explosive. The term includes the frame or receiver of any such weapon or any firearm muffler or silencer.

**COUNT 2** - I understand that count 2 of the Indictment charges me with making a false statement to a firearms dealer, and that the United States must prove the following elements of the offense beyond a reasonable doubt:

(1) the defendant bought a firearm from a federally licensed

2

    firearms dealer;

(2) the defendant knowingly made a false or fictitious statement in writing that was intended to deceive the dealer; and

(3) the subject matter of the false statement was material to the lawfulness of the sale.

A statement is "false" if it is untrue when made and the person making it knows it is untrue.

Whether the allegedly false statement is "material" is a question of law for the court to decide.

## STIPULATED FACTS

On March 12, 2016, Agent Houk spoke with Federal Firearms Licensee (FFL) Shird Moore, who is the owner of Spray and Pray Guns and Ammo. Shird Moore has had an active Federal Firearms License since 04/15/2014, which expires on 04/01/2017. Moore stated that MARLEY purchased, or had transferred to him, approximately 143 handguns and 9 rifles during an 8 month period (July 3, 2015 to March 7, 2016). MARLEY listed himself as the purchaser of all 143 handguns that appear on the ATF multiple sales forms for those transactions.

On April 12, 2016, Agt. Houk had ATF Industry Operations do an FFL database query to determine if Bryan MARLEY has, or had, a valid Federal Firearms License. ATF Industry Operations determined that MARLEY does not currently hold an FFL, and was not an FFL during the time period between July 2, 2015 and April 12, 2016. Also, MARLEY did not have an application pending during that time period.

A Facebook search revealed that MARLEY had multiple posts on

Facebook in which he was offering to sell firearms. MARLEY listed for sale the following types of firearms: Ruger .380 LCP semi-automatic pistols, Ruger LCR double-action revolvers, Smith & Wesson model 642 .38 special revolvers, Smith & Wesson Body Guard .380 semi-automatic pistols and AR-15 DPMS Panther Oracle .223 rifles.

MARLEY was posting the firearms for sale using Facebook ID www.facebook.com/bryan.marley.96. MARLEY's full name and photo were clearly present on the Facebook page that he was using to sell the firearms. The photo on MARLEY's Facebook depicted the same person on MARLEY's Florida Driver's license. The user name "Bryan Marley" was depicted on the Facebook account.

MARLEY stated in his Facebook posts that the firearms were new in the box. Receipts from MARLEY's firearm purchases, acquired from the FFL, were compared to MARLEY's Facebook posts. The comparison revealed that MARLEY was charging more for the firearms than he was paying to acquire them. MARELY engaged in the sale of firearms for the purpose of making a profit.

On March 29, 2016, at 2:34 p.m., ATF Task Force Officer (TFO) Keith Pearson working in an undercover (UC) capacity, (hereinafter UC Pearson), placed a controlled call to Bryan MARLEY and discussed the purchase of a Ruger LCP .380 semi-automatic pistol that MARLEY had posted for sale on Facebook. MARLEY stated the firearm was brand new, had never been fired, and was still in the box. During the conversation, MARLEY stated that he had several Ruger LCP's for sale. MARLEY stated that

he would sell UC Pearson the Ruger LCP semi-automatic pistol for $270.00. MARLEY stated that no background would be required and there would be no tax.

On March 30, 2016, UC Pearson placed a controlled call to MARLEY. During the call, UC Pearson and MARLEY arranged a date and time for UC Pearson to come purchase the Ruger LCP .380 semi-automatic pistol. MARLEY stated that UC Pearson only needed a valid Florida Driver's license and he would provide UC Pearson with a bill of sale.

On March 31, 2016, UC Pearson then met with Bryan MARLEY in the parking lot of CVS pharmacy located at 2728 U.S. 27 South, in Sebring, Florida. The transaction took place inside MARLEY's vehicle. MARLEY stated that the pistol was brand new and had never been out of the box. MARLEY can be seen on the surveillance video taking the Ruger semi-automatic pistol out of its original box.

During the transaction, MARLEY presented UC Pearson with two paper "bills of sale" forms that appeared to have been generated using a computer. The blank forms appeared identical and started with the phrase "I Bryan Marley, sold", followed by a line for the type of firearm sold, the serial number, the price, and sale date. The forms had additional places to record a driver's license number, phone number and buyer/seller signatures.

MARLEY asked UC Pearson for his driver's license and filled out the "bill of sale" for the Ruger pistol. MARLEY retained this "bill of sale" with UC Pearson's information. MARLEY then provided UC Pearson

with his driver's license and UC Pearson filled out the second "bill of sale". UC Pearson retained this "bill of sale" after the firearms transaction concluded.

After the UC firearm purchase concluded, Agt. Houk compared the serial number from the Ruger semi- automatic pistol that MARLEY sold to UC TFO Pearson to the ATF multiple sale reports. MARLEY had purchased the Ruger LCP semi-automatic pistol, along with four others, on March 15, 2016 (16 days prior to the transaction with UC Pearson).

Agt. Houk or ATF Senior Special Agents would be able to testify that based on their training and experience an individual purchasing numerous firearms at one time, having the same manufacturer, model, and caliber, are indicators of firearms trafficking, or unlicensed firearm dealing, and that the individual purchasing the firearms is not the true purchaser. Based on training, they would also be able to testify that individuals who engage in unlicensed firearm dealing are motivated by profit and regularly increase their inventory to maintain a consistent profit margin.

MARLEY completed ATF Firearm Transaction Records (ATF Form 4473) at Spray and Pray on the following dates when the following firearms were purchased:

- March 15, 2016- Five Ruger LCP .380s
- March 7, 2016- Two Smith & Wesson Bodyguard .380s
- February 8, 2016- Fifteen Ruger LCP .380s/ Six Taurus PT111 9mms
- February 1, 2016- Three Taurus Ultralite .38s
- January 15, 2016- Four Ruger LCP .380s
- January 7, 2016- Two Ruger LCP .380s, Two Smith & Wesson Model 442 38s, Two Taurus PT111 9mms, Two Kahr Arms CT9 9mms

- o   January 4, 2016- Ten Ruger LCP .380s
- o   December 15, 2015- Two Ruger LCP .380s, Two Smith &   Wesson M&P .40s
- o   December 4, 2015- Two Glock 22 .40s
- o   November 28, 2015- Two Glock 22 .40s
- o   October 20, 2015- Three Taurus PT111 9mms
- o   September 23, 2015- Three Taurus PT111 9mms, Iberia JCP .40, Haskell JHP .45
- o   September 15, 2015- Two Taurus Judge .45s, Hipoint CF380, Iberia JCP .40, Haskell JHP .45, Two Walther P22, Two HS XDS .45s, Two Ruger LCP .380s, Two Ruger SR-22s, Taurus PT738 .380
- o   August 25, 2015- Three Ruger LCP .380s, Seven Taurus PT738 .380s, Two HS XDS .45s, Five Smith & Wesson M&P Shields, Two SAR ARMS SARB6P 9mms, Two Smith & Wesson 642 38s, Two Smith & Wesson Bodyguard .380s, Taurus 85 Ultralite 38, Taurus Judge .45
- o   August 13, 2015- Three Ruger LCP .380s, Three Taurus PT738 .380s, Five Taurus 85 .38s
- o   August 4, 2015- Three Smith & Wesson Model 642 .38s, Three Taurus 85 .38s, Ruger LCP .380, Ruger LCR .38, Taurus Judge .45
- o   July 29, 2015- Three Ruger LCR .38s, Smith & Wesson 642 .38, Two Taurus 85 .38s

*Total Number of Handguns in Multiple Sale Reports:* <u>143</u>

MARLEY has filled out approximately 20 ATF 4473 forms during a period of 8 months. When he purchased the firearms, he signed an acknowledgement on each of the 4473 form for the following statement: "I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law (See instructions for Question 16)".

On April 13, 2016, Agents executed a Federal Search Warrant at MARLEY's residence in Sebring, Florida. During the execution of the search warrant, agents recovered four Ruger LCP .380 semi-automatic pistols that appeared to be new and in their original boxes. The pistols were purchased on Monday, April 11, 2016. Agents also recovered a DPMS Oracle .223 Rifle that appeared to be new and in its original box.

Agents collected a total of 14 firearms that appeared to be ready for resale.

Directions for obtaining a Federal Firearms License are easily accessible through the internet by simply searching for how to get a federal firearms license. MARLEY's laptop was located during the warrant search of his residence. On his computer "desktop" he had the ATF manual titled "DO I NEED A LICENSE TO BUY AND SELL FIREARMS?" Also on MARLEY's laptop was an application for a Federal Firearms License.

Agents recovered a total of 171 "bills of sale" that had the same format as the "bill of sale" UC Pearson received on March 31, 2016, when he purchased a pistol from MARLEY. The dates on MARLEY's "bills of sale" range from June 19, 2015, to April 11, 2016.

After MARLEY's arrest, Agt. Houk received MARLEY's Facebook records. They included postings as well as chat conversations and various other data. The records are consistent with MARLEY carrying on a business of selling firearms. There were occasions when MARLEY took requests from customers for types of firearms he didn't have in his inventory. After receiving a request, MARLEY purchased the firearms specifically in response to the request. By looking at the chats, FFL sales records, Form 4473s, and MARLEY's bills of sale, it is possible to link together the occasions when MARLEY conducted straw purchases. MARLEY always indicated, on the Form 4473, that he was the actual transferee/buyer of the firearm(s) listed on the form. Therefore, he made a false statement on those occasions where he was

8

purchasing a firearm to fill an order from one of his customers.

Agt. Houk and Agt. Linda Wilks retained 27 ATF Form 4473 transaction records filled out and signed by Bryan Grover MARLEY (DOB 02/20/1956). These 27 ATF Form 4473s were retained from FFL Shird S Moore II at Spray and Pray Guns and Ammo located at 12141 US Highway 98 Sebring, FL 33876.

Agt. Houk reviewed the return of a Federal Search Warrant executed on MARLEY's Facebook account. The Facebook Search Warrant return consisted of approximately 5,000 pages of conversations involving firearms transactions. Many of these pages contained photos and advertisements of firearms that MARLEY had for sale.

Agt. Houk compared MARLEY's Facebook firearm transaction conversations with the 27 ATF Form 4473, and 171 bills of sale seized during the Federal Search Warrant executed at MARLEY's residence. This comparison revealed that MARLEY was purchasing firearms on the behalf of other individuals thus not making MARLEY the actual purchaser of the firearm.

In particular, on August 11, 2015, MARLEY Facebook messaged Cannon Bobo stating, "Hi, I just spoke to my supplier and they said it should de[l]iver via FedEx this Thursday I am again so sorry for the delay, take care". MARLEY then wrote Bobo on August 12, 2015, "Hi, FedEx came back late yesterday and the supplier had shipped your gun separately so I do have it Just let me know when you want to meet and again sorry for the delay Bryan". Bobo responded that same day stating, " Wow thank you Bryan I'm at work but plan to be off between noon or 2. If I can

call you on my way home or message u when it looks like I'm getting close and maybe go meet. Whatever wow Betsy for u sir". On August 11, 2015, MARLEY went into Spray and Pray Guns and ammo and filled out ATF Form 4473 for five handguns. Question 11a. of ATF Form 4473 asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. (See instructions for 11a.)" MARLEY checked "yes" next to question 11a. One of these handguns that MARLEY filled out ATF Form 4473 for was a Taurus PT-738 TCP 380 ACP Pistol SN: 64902E. On August 12, 2015, MARLEY filled out a bill of sale for the sale of the Taurus PT-738 TCP 380 ACP Pistol SN: 64902E to Cannon Bobo.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 6/22/16

DANIEL L. FUNK
ASSISTANT UNITED STATES ATTORNEY

Date: 7-28-16

DAVID M. TRONTZ
ATTORNEY FOR DEFENDANT

Date: 7-20-16

BRYAN GROVER MARLEY
DEFENDANT