UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.16-14021-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRYAN GROVER MARLEY,

    Defendant.

_____/

FILED by _____ D.C.

AUG 2 2 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** having come on to be heard upon the Order of Reference from the District Court for this Court to conduct a proceeding for acceptance of a guilty plea by the Defendant in the above referenced case and this Court having conducted a change of plea hearing on August 22, 2016, this Court recommends to the District Court as follows:

    1.    On August 22, 2016, this Court convened a hearing to permit the Defendant to enter a change of plea in the aforementioned matter. At the outset of the hearing this Court advised the Defendant of his right to have these proceedings conducted by the District Judge assigned to the case. Further, this Court advised the Defendant that this Court was conducting the change of plea hearing on an Order of Reference from the District Court and at the request of the Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to this case. This Court further advised the Defendant that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning the Defendant's sentence and would conduct a sentencing hearing at a time set by the District Court.

    2.    This Court advised the Defendant that he did not have to permit the undersigned United States Magistrate Judge to conduct this hearing and could request that

the change of plea hearing be conducted only by a United States District Judge. The Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the change of plea hearing.

3. This Court conducted a plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There is a written Plea Agreement which had been entered into by the parties in this case. This Court reviewed that Plea Agreement on the record and had the Defendant acknowledge that he signed the Plea Agreement. This Court reviewed with the Defendant the maximum possible sentences as set forth in the Plea Agreement. The Defendant acknowledged that he understood the charges against him and any possible minimum and maximum penalties which could be imposed in this case.

5. The Defendant pled guilty to Count One and Count Two of the Indictment which charges the Defendant in Count One with dealing firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A); and in Count Two with making a false statement to a firearms dealer, in violation of Title 18, United States Code, Section 922(a)(6). The government agreed to seek dismissal of Counts Three, Four, and Five of the Indictment after sentencing.

6. The government announced the possible maximum penalties in respect to Counts One and Two of the Indictment. The Defendant acknowledged that he understood any possible minimum and maximum penalties which could be imposed in this case.

7. The parties submitted a written Stipulated Factual Basis which was signed by counsel for the government, counsel for the Defendant, and the Defendant. The Defendant acknowledged that he has discussed this Stipulated Factual Basis with his counsel, he completely understands the Stipulated Factual Basis and agrees that this Stipulated Factual Basis accurately sets forth the facts in his case as he understands them to be. This Court

finds that the factual basis sets forth all of the essential elements of the crimes to which the Defendant is pleading guilty as well as any sentencing enhancements and/or aggravating factors that may be applicable. Counsel for the government and counsel for the Defendant agreed that the Stipulated Factual Basis need not be read into the record since the original has been signed by all parties, including the Defendant, and the original will be filed with the Court.

8. The Defendant also agreed to voluntarily abandon and forfeit to the United States voluntarily and immediately all of his right, title and interest to the following property as listed in the Plea Agreement:

   a. Ruger, model LCP, .380 ACP, semi-automatic pistol, S/N 371639104

   b. Ruger, model LCP, .380 ACP, semi-automatic pistol, S/N 371639119

   c. Ruger, model LCP, .380 ACP, semi-automatic pistol, S/N 371639116

   d. Ruger, model LCP, .380 ACP, semi-automatic pistol, S/N 371639131

   e. DPMS, model Oracle, 5.56 Cal., rifle, S/N DKF 400306

   f. Colt, model Gold Cup, .22 Cal., semi-automatic pistol with magazine, S/N W0031599

   g. Glock, model 22, .40 Cal., semi-automatic pistol, S/N EPG675

   h. Winchester, model 94, 30-30, lever action rifle, S/N 2987600

   i. Smith & Wesson, model 642-1 special, .38 Cal., revolver, S/N CXE2080

   j. Ruger, model LCP, .380 ACP, semi-automatic pistol, loaded magazine, S/N 371559944

   k. Marlin, model 336W, 30-30, rifle, S/N 91089516

   l. Beretta, model 92f, 9mm, semi-automatic pistol, S/N H38275z

   m. Remington, model 1100, 12 gauge shotgun, S/N 21192V

  n. Remington, model 870 magnum, shotgun, S/N B940281M

  o. Remington, model 1917 rifle, S/N 54179

  p. Ruger 10/22 rifle, cal. 22, S/N 4-32220

  q. Savage 64 rifle, cal. 22, S/N 0069290

9. Based upon all of the foregoing and the plea colloquy conducted by this Court, this Court recommends to the District Court that the Defendant be found to have freely and voluntarily entered his guilty plea to Count One and Count Two of the Indictment as more particularly described herein and that the Defendant be adjudicated guilty of those offenses.

10. A pre-sentence report will be prepared for the District Court by the U. S. Probation Office, and sentencing has been set for **Friday, November 4, 2016, at 9:30 a.m., at the United States Courthouse, Courtroom 4008, 101 South U.S. Highway 1, Fort Pierce, Florida.**

**ACCORDINGLY,** this Court recommends to the District Court that the Defendant's plea of guilty be accepted, the Defendant be adjudicated guilty of the offenses to which he has entered his plea of guilty and be found to have forfeited his right, title and interest in the property more particularly described herein above and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Robin L. Rosenberg, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this 22nd day of August, 2016, at Fort Pierce, Northern Division of the Southern District of Florida.

_____
FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Robin L. Rosenberg
AUSA Daniel Funk
David M. Trontz, Esq.
U. S. Probation
U. S. Marshal